IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARKIA BAKER; CORY SITTON, and REN HANCOCK, on behalf of Plaintiffs and a class,<br><br>Plaintiffs,<br><br>v.<br><br>AFS CS d/b/a Three Sticks Lending; TEAL ASSETS, LLC; and JOHN DOES 1-20,<br><br>Defendants. | Case No. 1:25-cv-01640-RLY-KMB<br><br>Hon. Richard L. Young<br>Magistrate Judge Kellie M. Barr |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES

Plaintiffs Markia Baker, Cory Sitton, and Ren Hancock (together, the "Plaintiffs") and Defendant AFS CS d/b/a Three Sticks Lending (all, collectively, the "Parties") submit this notice to inform the Court that they have reached an agreement in principle to settle Plaintiffs' individual claims in the above-captioned matter. The Parties respectfully request that all deadlines in this matter be stayed for a period of sixty (60) days to allow them to document and effectuate the settlement. Once the settlement is effectuated, the Parties will file a stipulation to dismiss the action in its entirety, including the dismissal of Plaintiffs' claims as to Teal Assets, LLC and John Does 1-20.

A Proposed Order is attached as Attachment 1.

Dated: December 16, 2025

Respectfully submitted,

*/s/ Caileen M. Crecco*
Caileen M. Crecco
Daniel A. Edelman
Julie Clark
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1841
(312) 739-4200

1

                    (312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com

*Counsel for Plaintiffs*


/s/ *Craig R. Martin*
Craig R. Martin
Paul Ferak
Peter Rush
**Greenberg Traurig, LLP**
360 North Green Street, Suite 1300
Chicago, Illinois 60607
(312) 456-8400
craig.martin@gtlaw.com
ferakp@gtlaw.com
rushp@gtlaw.com

*Counsel for AFS CS d/b/a Three Sticks Lending*

2

## **CERTIFICATE OF SERVICE**

      I, Caileen M. Crecco, hereby certify that on December 18, 2025, I electronically filed the foregoing document via the Court's CM/ECF system, which sent notification by email to all counsel of record.